UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UFCW LOCAL 1500 WELFARE FUND, *et al.*,

        Plaintiffs,

  -against-

TAKEDA PHARMACEUTICALS USA, INC., *et al.*,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_11/17/25\_\_

23-CV-10030 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On November 6, 2025, this action was referred to Magistrate Judge Barbara Moses (Dkt. 56) for report and recommendation on the motion to transfer venue filed by defendant Takeda Pharmaceuticals U.S.A., Inc. on February 28, 2024. (Dkt. 35.)

The Court has reviewed the parties' letters and briefs on that motion. (Dkts. 36, 43, 44, 47, 48, 55.) Any party that wishes to provide an update to the Court, including as to the status of the Eastern District of Pennsylvania litigation, should do so, via a letter filed on ECF, no later than **November 21, 2025**. Any party that wishes to file a letter in response must do so no later than **December 1, 2025**.

Dated:  New York, New York
        November 17, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**